IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re:** ) | Case No: 83-04590 |
| ) | |
| ) | |
| ) | |
| ) | |
| **Debtors** ) | |

**ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS
TO THE FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INTERCONTEINENTAL BANK NA**

Upon consideration of the Application for Payment of Unclaimed Funds (the "Application") filed by the Federal Deposit Insurance Corporation ("FDIC") as Receiver for Intercontinental Bank NA and all pleading, papers and other relevant documents on file in this matter; and finding that proper Notice of the Application was given and that FDIC is the successor and owner of the claims filed by Intercontinental Bank NA in this case and any distributions made thereon and/or any unclaimed dividends held in the Registry of the Court for the benefit of said claim; and having further determined that in

this case the Trustee paid to the Registry of the Court the sum of $794.99 for the Intercontinental Bank NA claim, it is accordingly.

ORDERED that the Application is granted and payment of the Intercontinental Bank NA claim dividend, in the amount of $794.99, held in the Registry of the Court, will immediately be paid to the FDIC as Receiver for MBank Houston Attn: Gary R. Belair, 1601 Bryan Street, Room 17142, Dallas, Texas 75201.

PREPARED AND APPROVED FOR ENTRY:

By:     /s/ *Tass D. Waterston*
Tass D. Waterston, TX Bar 90001809
FDIC Senior Attorney
Federal Deposit Insurance Corporation
1601 Bryan Street, Room 15067
Dallas, TX 75201
(972) 761-2203